■ ONONDAGA GARDENS, INC., as Owner of the Premises Commonly Known as 2000 AND 2100 ONONDAGA CREEK BLVD., et al., Respondents, v ROBERT Z. SROGI, as Commissioner of Assessment of the City of Syracuse, Appellant. (Appeal No. 1.)—Order unanimously affirmed, with costs, for reasons stated in decision at Special Term, Lawton, J. (Appeal from order of Supreme Court,

Onondaga County, Lawton, J.—summary judgment, tax assessment.) Present—Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.